IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

        Plaintiff,                   No. CIV S-06-0991 MCE GGH P

    vs.

D.K. BUTLER, et al.,

        Defendants.         ORDER

_____/

        On May 5, 2006, plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, but did not file either an in forma pauperis affidavit or pay the required filing fee of $350.00. See 28 U.S.C. §§ 1914(a), 1915(a). On June 2, 2006, plaintiff paid $150 of the filing fee. The filing fee in full is $350.00. Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the remaining portion of the filing fee ($200.00).

        Should plaintiff submit a declaration that makes the showing required by 28 U.S.C. § 1915(a), qualifying him for in forma pauperis status, the portion of the fee that he has already paid will be deemed the initial filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit

1

1 in support of his request to proceed in forma pauperis on the form provided by the Clerk of
2 Court, or the remaining portion of the filing fee ($200.00); plaintiff's failure to comply with this
3 order will result in the dismissal of this action; and
4     2. The Clerk of the Court is directed to send plaintiff a new Application to
5 Proceed In Forma Pauperis By a Prisoner.
6 DATED: 6/23/06       /s/ Gregory G. Hollows

      GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

GGH:009
abed0991.ifp