IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMAD ABEDI,

    Plaintiff,                    No. CIV S-06-0991 MCE GGH P

    vs.

D.K. BUTLER, et al.,

    Defendants.            <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 24, 2006. Plaintiff has, however, not set forth sufficient cause for an extension of time until January 31, 2007, i.e., a 60-day extension of time. Therefore, the court will only partially grant plaintiff's request.

    IT IS HEREBY ORDERED that:

    1. Plaintiff's November 17, 2006 request for an extension of time is partially granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 11/28/06                             /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:bb/abed0991.36