IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

      Plaintiff,                       No. CIV S-06-0991 MCE GGH P

  vs.

D.K. BUTLER, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, who has paid the filing fee in full, has been given two opportunities to submit an in forma pauperis affidavit in order for the court to determine whether he qualifies for in forma pauperis status, pursuant to 28 U.S.C. § 1915(a). See Orders, filed on June 23, 2006, and on June 15, 2007. Plaintiff was informed that no further filing fee would be assessed to him but that qualifying for in forma pauperis status would permit the court to direct the U.S. Marshal to serve his amended complaint upon defendants. Plaintiff was informed in the June 15, 2007, Order, that should he fail to file the requisite affidavit, he must complete service of process in accordance with Fed. R. Civil P. 4, within sixty days and was directed, inter alia, to file a status report within 120 days.

\\\\\

1       Plaintiff has failed to file an in forma pauperis affidavit and the time for doing so has expired; therefore, he is responsible for serving the summons and amended complaint upon defendants. Plaintiff has erroneously submitted his documents for service to this court. The June 15, 2007, <u>Order</u>, did not direct that plaintiff was to be provided USM-285 forms.

      Accordingly, IT IS ORDERED that:

      1. Plaintiff must comply with this court's June 15, 2007, <u>Order</u>, and is responsible for serving the summons and amended complaint upon each defendant, having failed to provide the requisite in forma pauperis affidavit; and

      2. The Clerk of the Court is directed to return to plaintiff the following documents that he improperly submitted to this court (see docket entry # 14): the summons, copies of the amended complaint, copies of the June 15, 2007, <u>Order</u>, and any consent forms intended for defendants that he sent.

      3. No USM-285 forms should be provided or returned.

DATED: 7/31/07

                                         /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

GGH:009
abed0991.rtn