IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

      Plaintiff,                      No. CIV S-06-0991 MCE GGH P

    vs.

D.K. BUTLER, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to submit proof of serving the summons and amended complaint upon defendants, pursuant to the court's order of June 15, 2007.  Pursuant to the court's order, filed on July 31, 2007, plaintiff has filed an in forma pauperis affidavit.  However, the court's review indicates that plaintiff is correct in his assessment that based on the amount of funds in his prison trust account, he is not entitled to in forma pauperis status; therefore, plaintiff remains responsible for serving the summons and amended complaint.  The court, however, will grant plaintiff an extension of time to serve the defendants.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 6, 2007, request for in forma pauperis status must be denied, and plaintiff remains responsible for serving the summons and amended complaint upon

defendants;

    2. Plaintiff's August 6, 2007 motion for an extension of time is granted; and

    3. Plaintiff is granted forty-five days from the date of this order in which to complete service of process upon defendants.

DATED: 8/14/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
abed0991.36