IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

      Plaintiff,                  No. CIV S-06-0991 MCE GGH P

    vs.

D.K. BUTLER, et al.,

      Defendants.            ORDER

_____/

        Plaintiff has requested an additional extension of time to submit proof of having served the summons and amended complaint upon defendants. Plaintiff has submitted some evidence of his efforts to effect service of process. The court will grant plaintiff an extension of time to serve the defendants.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 25, 2007 motion for an extension of time is granted; and

        3. Plaintiff is granted forty-five days from the date of this order in which to complete service of process upon defendants.

DATED: 10/1/07                            /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009
abed0991.eot