IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MOHAMMED ABEDI,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. K. BUTLER, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:06-CV-0991 MCE GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE AN INITIAL RESPONSIVE PLEADING** |

　　　　Defendants' First Request for and Extension of Time to File an Initial Responsive Pleading was considered by this Court and, good cause appearing,

　　　　IT IS HEREBY ORDERED that Defendants' have a thirty (30) day extension to file their response to Plaintiff's Complaint, up to and including December 17, 2007.


Dated: 11/26/07　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

abed0991.po

1