IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

        Plaintiff,                    No. CIV S-06-0991 MCE GGH P

    vs.

D.K. BUTLER, et al.,

        Defendants.            ORDER

_____/

        Plaintiff has requested an extension of time for service of process on the remaining defendants: D.K. Butler, W. Parker, A. Groner and J. Mineau.  Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 6, 2007, request for an extension of time is granted; and

        2. Plaintiff is granted forty-five days from the date of this order for service of process on defendants D.K. Butler, W. Parker, A. Groner and J. Mineau.

DATED: 12/18/07

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
GGH:099/cm                   UNITED STATES MAGISTRATE JUDGE
abed0991.36svc