IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

    Plaintiff,                    No. CIV S-06-0991 MCE GGH P

    vs.

D.K. BUTLER, et al.,

    Defendants.           <u>ORDER</u>

_____/

    Plaintiff has requested an additional extension of time to serve the remaining defendants.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's February 20, 2008 request for an extension of time [33] is granted;

    2. Plaintiff is granted ninety days from the date of this order in which to complete service of process upon the remaining defendants, D.K. Butler, W. Parker, and A. Groner;

    3. There will be no further extension of time.

DATED: 03/10/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb/009
abed0991.eot