IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

     Plaintiff,                        No. CIV S-06-0991 MCE GGH P

    vs.

D.K. BUTLER, et al.,

     Defendants.                 <u>SCHEDULING ORDER</u>

_____/

        Pursuant to Federal Rule of Civil Procedure 16(b), the court will, by this order, set a schedule for this litigation. THIS COURT ORDERS AS FOLLOWS:

        1. The parties may conduct discovery until July 3, 2009. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

        2. All pretrial motions, except motions to compel discovery, shall be filed on or before November 20, 2009. Motions shall be briefed in accordance with paragraph 7 of this court's order filed June 15, 2007. **The court will not look with favor on requests for extensions of time.**

\\\\\

\\\\\

1

1    3. Pretrial conference and trial dates will be set, as appropriate, following
2 adjudication of any dispositive motion, or the expiration of time for filing such a motion.
3 DATED: March 12, 2009

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
abed0991.41