IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

    Plaintiff,                    No. CIV S-06-0991 MCE GGH P

    vs.

D.K. BUTLER, et al.,                  ORDER

    Defendants.

_____/

    Plaintiff is a state prisoner, now proceeding with retained counsel, on an action pursuant to 42 U.S.C. § 1983. On September 3, 2009, plaintiff's motion, filed on July 17, 2009, and re-filed on July 29, 2009 (evidently to properly notice the motion for hearing), to extend the July 3, 2009, discovery deadline, set in the <u>Scheduling Order</u>, filed on March 13, 2009 (docket # 69), came on for hearing. Plaintiff's counsel, Hassan Abedi, appeared at the hearing telephonically. Defendants were represented by Misha Igra. The court set forth the reasons for denial of the motion on the record at the hearing.

\\\\\

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that plaintiff's motion to extend the discovery
2  deadline, filed on July 17, 2009 (docket # 75), and re-filed, on July 29, 2009 (docket # 77), is
3  denied.
4  DATED: September 8, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
abed0691.ord