IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABEDI,

      Plaintiff,                    No. CIV S-06-0991 MCE GGH P

      vs.

D.K. BUTLER, et al.,                ORDER

      Defendants.

_____/

      Plaintiff is a state prisoner, proceeding with retained counsel, on an action pursuant to 42 U.S.C. § 1983. On December 30, 2009 (docket # 96), the attorneys for plaintiff and defendants filed a stipulation for voluntary dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which has the effect, inter alia, of vacating the January 7, 2010, hearing on defendants' previously pending motion for summary judgment.

      Accordingly, the Clerk of Court shall close this case.

DATED: January 4, 2010

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
abed0991.dsm